IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 9 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. __09CV01784__ _BnB_

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

DAWANE ARTHUR MALLETT #13944-097,

     Applicant,

v.

F.B.O.P. DIRECTOR HARLY LAPPIN,
WARDEN R. WILEY, and
UNIT MANAGER COLLINS,

     Respondents.

_____

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

_____

     Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Applicant will be directed to cure the

following if he wishes to pursue his claims.  Any papers that the Applicant files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __    is not submitted

(2)   __    is missing affidavit

(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   X    is missing certificate showing current balance in prison account

(5)   __    is missing required financial information

(6)   __    is missing an original signature by the prisoner

(7)   __    is not on proper form (must use the court's current form)

(8)   __    names in caption do not match names in caption of complaint, petition or habeas application

(9)   __    An original and a copy have not been received by the court. Only an original has been received.

(10)  __    other:_____.

**Complaint, Petition or Application**:

(11)  __    is not submitted

(12)  __    is not on proper form (must use the court's current form)

(13)  __    is missing an original signature by the prisoner

(14)  __    is missing page nos. ___

(15)  __    uses et al. instead of listing all parties in caption

(16)  __    An original and a copy have not been received by the court. Only an original has been received.

(17)  __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(18)  __    names in caption do not match names in text

(19)  __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers that the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___ day of _____, 2009.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.       **09CV01784**

Dawane Arthur Mallett
Reg No. 13944-097
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226


      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____7/29/09_____

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk