**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01784-BNB

DAWANE ARTHUR MALLETT,

    Applicant,

v.

WARDEN DAVIS,
UNIT MANGER COLLINS,
F-B-O-P DIRECTOR HARLY LAPPIN, and
ALL KNOWN A-D-X-OFFICIALS,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On July 23, 2009, the Court entered an order directing the Clerk of the Court to commence a civil action and directing Applicant to cure a deficiency by submitting a certified copy of his trust fund account statement.  On August 6, 2009, Applicant filed a motion alleging that prison officials have refused to provide him with a certified copy of his trust fund account statement. However, Applicant failed to provide any written documentation to support these allegations.  Further, while Applicant requests that the Court withdraw $5.00 from his prison account, the Court is unable to do so. Accordingly, the Motion is DENIED.

    Applicant will be allowed **thirty (30) days from the date of this minute order** in which to cure the deficiency designated in the July 23 order or to show cause why he is unable to do so, including to submit written documentation of any denial by a prison official of his request for a certified trust fund account statement.  Failure within the time allowed either to cure the deficiencies or to show cause why he is unable to do so will result in the dismissal of the instant action.

Dated:  August 10, 2009